IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § § | Case No. 23-34054 |
| NELKIN & NELKIN, P.C., | § § | (Chapter 11) |
| *Debtor.* | § § § | |
| EUGENE SCHREIBER, STEVEN SCHREIBER, and TWO RIVERS COFFEE, LLC | § § § § | |
| *Plaintiffs, Defendants* | § § § | |
| vs. | § § | |
| NELKIN & NELKIN, P.C., CAROL NELKIN, and JAY NELKIN, | § § § | |
| *Defendants and Counter/Third Party Plaintiffs,* | § § § § | Adversary No. 24-3061 |

## NOTICE OF APPEAL

**Part 1: Identify the Appellant**

1. **Name of Appellants**: Eugene Schreiber, Steven Schreiber, and Two Rivers Coffee, LLC.

2. **Position of appellants in the bankruptcy case that is subject of this appeal**: Appellants are plaintiffs in the adversary proceeding.

**Part 2: Identify the Subject of this Appeal**

1. Describe the judgment, order, or decree appealed from: Appellant, pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and 8002 of the Federal Rules of Bankruptcy Procedure, hereby gives notice of appeal to the United States District Court for the Southern District of Texas from the Judgment Resolving ECF No. 120, entered on October 1, 2025, in *Eugene*

*Schreiber, Steven Schreiber, and Two Rivers Coffee, LLC v. Jay Nelkin, Nelkin & Nelkin, P.C., and Carol Nelkin*, Adversary No. 24-03061, within *In re Nelkin & Nelkin P.C.*, Case No. 23-34054 (Bankr. S.D. Tex.) (the "Judgment"). In the Judgment, the Bankruptcy Court granted Nelkin & Nelkin, P.C.'s Motion for Partial Summary Judgment [ECF No. 120] and dismissed with prejudice all seven (7) claims asserted by Eugene Schreiber, Steven Schreiber, and Two Rivers Coffee, LLC in their Amended Complaint [ECF No. 75], including claims for: (i) breach of contract; (ii) professional malpractice; (iii) breach of fiduciary duty; (iv) negligence; (v) vicarious liability; (vi) unauthorized practice of law; and (vii) malicious use of process, along with their requests for compensatory and punitive damages, interest, costs, counsel fees, and other relief. A copy of the Judgment (ECF No. 129) is attached as Exhibit 1. A copy of the Memorandum Opinion accompanying the Judgment (ECF No. 128) is attached as Exhibit 2.

2. State the date on which the judgment, order, or decree was entered: October 1, 2025.

**Part 3: Identify the Other Parties to the Appeal**:

1. List the names of all parties to the judgment, order, or decree appeals from and the names, addresses, and telephone numbers of their attorneys:

| Party | Attorneys |
|---|---|
| Appellants: Eugene Schreiber, Steven Schreiber, and Two Rivers Coffee, LLC. | **LAWSON & MOSHENBERG PLLC**<br><br>Nicholas R. Lawson<br>Texas Bar No. 24083367<br>Avi Moshenberg<br>Texas Bar No. 24083532<br>2301 Commerce St., Suite 200<br>Houston, TX 77002<br>Tel: (903) 316-9155<br>Nick.Lawson@lmbusinesslaw.com<br>Avi.Moshenberg@lmbusinesslaw.com<br><br>**DYKEMA GOSSETT PLLC** |

| | |
|---|---|
| | Michael J Durrschmidt<br>1401 McKinney Street<br>Ste 1625<br>Houston, TX 77010<br>(713) 904-6974<br>mdurrschmidt@dykema.com<br><br>Kim Ellen Lewinski<br>1401 McKinney Street<br>Ste 1625<br>Houston, TX 77010<br>(713) 904-6875<br>klewinski@dykema.com<br><br>**ROSENBLATT LAW PC**<br><br>Raphael M. Rosenblatt<br>21 Main Street<br>Southwest Wing<br>Suite #151<br>Hackensack, NJ 07601<br>(551) 444-8100<br>raphael@rosenblattlegal.com |
| Appellee: Reorganized Debtor in Lead Case<br>Nelkin & Nelkin, P.C. | **WALKER & PATTERSON P.C.**<br><br>Miriam Goott<br>PO Box 61301<br>Houston, TX 77208<br>Tel: (713) 956-5577<br>mgoott@walkerandpatterson.com<br><br>Johnie J. Patterson<br>PO Box 61301<br>Houston, TX 77208-1301<br>Tel: (713) 956-5577<br>jjp@walkerandpatterson.com<br><br><br>**RIKER DANZIG LLP**<br><br>Joseph L. Schwartz<br>7 Giralda Farms<br>Suite 250<br>Madison, NJ 07940<br>(973) 538-0800<br>jschwartz@riker.com |

| Trustee: Melissa A. Haselden | **HASELDEN FARROW PLLC**<br><br>Melissa A. Haselden<br>708 Main Street<br>Ste 10th Fl<br>Houston, TX 77002<br>Tel: (713) 459-5339<br>mhaselden@haseldenfarrow.com |
|---|---|

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

Dated: October 15, 2025               Respectfully submitted,


**LAWSON & MOSHENBERG PLLC**

 */s/ Avi Moshenberg*
Nicholas R. Lawson
Texas Bar No. 24083367
Avi Moshenberg
Texas Bar No. 24083532
2301 Commerce St., Suite 200
Houston, TX 77002
Tel: (903) 316-9155
Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com


***Counsel for Two Rivers Coffee, LLC, Eugene Schreiber, and Steven Schreiber***


### CERTIFICATE OF SERVICE

   I certify that on October 15, 2025, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                */s/ Avi Moshenberg*
                Avi Moshenberg